**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT ALLAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No:    2:22-cv-01424-GMN-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br> **(First Request)** |

Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, and Plaintiff SCOTT ALLAN, through their respective counsel submit the foregoing stipulation and order to extend discovery deadlines pursuant to LR 26-4 as follows:

1. <u>Summary of Discovery Completed</u>

    To date, the following discovery has been completed in this case:

    | Item | Date Completed |
    |---|---|
    | Plaintiff's Initial Rule 26(a) Disclosures | 10/06/2022 |
    | Defendant's Initial Rule 26(a) Disclosures | 11/09/2022 |

2. <u>Discovery Remaining</u>

    The following discovery remains to be completed:

    a) Written Discovery to be propounded by all parties;

    b) Deposition of Plaintiff;

    c) Deposition of Person(s) Most Knowledgeable for Defendant;

1

   d) Deposition(s) of percipient witnesses;

   e) Deposition(s) of treating physicians;

   f) Disclosure of expert witnesses; and

   g) Deposition(s) all expert witnesses.

3. Reason Why Discovery Was Not Completed

Discovery in this matter is currently scheduled to close on February 22, 2023 with initial expert disclosures currently due by Dec. 23, 2022. Although discovery has diligently progressed since the Scheduling Order was filed on October 6, 2022, discovery has been delayed due to counsel for Defendants having recently been preparing for and in trial. Due to limitations with Counsel's schedule, additional time is needed to conduct depositions and additional discovery prior to retaining and disclosing expert witnesses. As such, the parties believe that good cause exists to justify extending the discovery deadlines and hereby request a 60 day extension of the discovery deadlines to allow for additional time to complete the remaining discovery.

4. Proposed Schedule for Completing Discovery

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Amend pleadings or add parties | November 24, 2022 | No Extension Requested |
| Expert Designations | December 23, 2022 | February 21, 2023 |
| Rebuttal Expert Designations | January 23, 2023 | March 24, 2023 |
| Discovery Cut-off | February 22, 2023 | April 24, 2023 |
| Dispositive Motions | March 24, 2023 | May 23, 2023 |
| Joint Pre-Trial Order | April 22, 2023 | June 21, 2023 |

///

///

///

///

///

2

Counsel further state that the requested extension of discovery deadlines is not interposed for purposes of delay, but rather for the purposes set forth above.

DATED: November 29th, 2022

**ERIC ROY LAW FIRM**

By: /s/ Stephen Lewis
   ERIC ROY, ESQ.
   Nevada Bar No. 11869
   STEPHEN K. LEWIS, ESQ.
   Nevada Bar No. 7064
   703 South Eighth Street
   Las Vegas, Nevada 89101
   *Attorneys for Plaintiff*

DATED: November 29th, 2022

**BARRON & PRUITT, LLP**

By: /s/ William H. Pruitt
   WILLIAM H. PRUITT, ESQ.
   Nevada Bar No. 6783
   3890 West Ann Road
   North Las Vegas, Nevada 89031
   *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 29, 2022