WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| SCOTT ALLAN, an individual, | Case No: 2:22-cv-01424-GMN-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** (Third Request) |
| vs. | |
| PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, and Plaintiff SCOTT ALLAN, through their respective counsel submit the foregoing stipulation and order to extend discovery deadlines pursuant to LR 26-4 as follows:

1. Summary of Discovery Completed

To date, the following discovery has been completed in this case:

| Item | Date Completed |
|---|---|
| Plaintiff's Initial Rule 26(a) Disclosures | 10/06/2022 |
| Defendant's Initial Rule 26(a) Disclosures | 11/09/2022 |
| Defendant's First Set of Requests for Admission, Requests for Production and Interrogatories to Plaintiff | 12/07/2022 |
| Plaintiff's First Supplemental Rule 26(a) Disclosures | 12/27/2022 |
| Plaintiff's responses to Defendant's First Set of Requests for Admission, Request for Production and Interrogatories | 01/10/2023 |
| Plaintiff's Second Supplemental Rule 26(a) Disclosures | 01/10/2023 |
| Plaintiff's First Set of Interrogatories and Requests | 01/20/2023 |

1

| Item | Date Completed |
|---|---|
| for Production to Defendant | |
| Plaintiff's Supplemental Responses to Defendant's First Requests for Production of Documents and Defendant's First Set of Interrogatories | 02/03/2023 |
| Plaintiff's Third Supplemental Rule 26(a) Disclosures | 02/03/2023 |
| Deposition of Plaintiff Scott Allan | 02/06/2023 |
| Defendant's First Supplemental Rule 26(a) Disclosures | 02/09/2023 |
| Defendant's Designation of Expert Witnesses | 02/21/2023 |
| Plaintiff's Designation of Expert Witnesses | 02/21/2023 |
| Defendant's Responses to Plaintiff's First Set of Requests for Production of Documents and Answers to Plaintiff's First Set of Interrogatories | 03/13/2023 |

2. <u>Discovery Remaining</u>

The following discovery remains to be completed:

    a) Additional Written Discovery;

    b) Deposition of Person(s) Most Knowledgeable for Defendant;

    c) Deposition(s) of percipient witnesses;

    d) Deposition(s) of treating physicians;

    e) Disclosure of additional expert witnesses; and

    f) Deposition(s) all expert witnesses.

3. <u>Reason Why Discovery Was Not Completed</u>

Discovery in this matter is currently scheduled to close on July 24, 2023 with initial expert disclosures due on May 22, 2023. Although discovery has diligently progressed, additional time is required. Defendant learned on May 8, 2023 that one of its expert witnesses was experiencing a medical condition, for which he will require surgery, which is scheduled for May 15, 2023. Due to the medical condition and the scheduled surgery, that expert will be unable to provide a report by the current deadline  As such, the parties believe that good cause exists to justify extending the discovery deadlines and hereby request a 30 day extension of the discovery deadlines to allow for additional time to complete the remaining discovery.

2

4. <u>Proposed Schedule for Completing Discovery</u>

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Amend pleadings or add parties | November 24, 2022 | No Extension Requested |
| Expert Designations | May 22, 2022 | June 21, 2023 |
| Rebuttal Expert Designations | June 22, 2023 | July 24, 2023 |
| Discovery Cut-off | July 24, 2023 | August 23, 2023 |
| Dispositive Motions | August 21, 2023 | September 20, 2023 |
| Joint Pre-Trial Order | September 19, 2023 | October 19, 2023 |

Counsel further state that the requested extension of discovery deadlines is not interposed for purposes of delay, but rather for the purposes set forth above.

DATED: May 11th, 2023

**ERIC ROY LAW FIRM**

By: [signature]
ERIC ROY, ESQ.
Nevada Bar No. 11869
SCOTT E. PHILIPPUS, ESQ.
Nevada Bar No. 13223
703 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED: May 11th, 2023

**BARRON & PRUITT, LLP**

By: /s/ William H. Pruitt
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

**IT IS SO ORDERED.**

[signature]
UNITED STATES MAGISTRATE JUDGE

DATED: May 11, 2023

3