WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT ALLAN, an individual,<br><br>                Plaintiff,<br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                Defendants. | Case No:   2:22-cv-01424-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Fourth Request)** |

Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, and Plaintiff SCOTT ALLAN, through their respective counsel submit the foregoing stipulation and order to extend discovery deadlines pursuant to LR 26-4 as follows:

1. <u>Summary of Discovery Completed</u>

    To date, the following discovery has been completed in this case:

| Item | Date Completed |
|---|---|
| Plaintiff's Initial Rule 26(a) Disclosures | 10/06/2022 |
| Defendant's Initial Rule 26(a) Disclosures | 11/09/2022 |
| Defendant's First Set of Requests for Admission, Requests for Production and Interrogatories to Plaintiff | 12/07/2022 |
| Plaintiff's First Supplemental Rule 26(a) Disclosures | 12/27/2022 |
| Plaintiff's responses to Defendant's First Set of Requests for Admission, Request for Production and Interrogatories | 01/10/2023 |
| Plaintiff's Second Supplemental Rule 26(a) Disclosures | 01/10/2023 |
| Plaintiff's First Set of Interrogatories and Requests | 01/20/2023 |

1

| Item | Date Completed |
|---|---|
| for Production to Defendant | |
| Plaintiff's Supplemental Responses to Defendant's First Requests for Production of Documents and Defendant's First Set of Interrogatories | 02/03/2023 |
| Plaintiff's Third Supplemental Rule 26(a) Disclosures | 02/03/2023 |
| Deposition of Plaintiff Scott Allan | 02/06/2023 |
| Defendant's First Supplemental Rule 26(a) Disclosures | 02/09/2023 |
| Defendant's Designation of Expert Witnesses | 02/21/2023 |
| Plaintiff's Designation of Expert Witnesses | 02/21/2023 |
| Defendant's Responses to Plaintiff's First Set of Requests for Production of Documents and Answers to Plaintiff's First Set of Interrogatories | 03/13/2023 |

2. <u>Discovery Remaining</u>

The following discovery remains to be completed:

    a) Additional Written Discovery;

    b) Deposition of Person(s) Most Knowledgeable for Defendant;

    c) Deposition(s) of percipient witnesses;

    d) Deposition(s) of treating physicians;

    e) Disclosure of additional expert witnesses; and

    f) Deposition(s) all expert witnesses.

3. <u>Reason Why Discovery Was Not Completed</u>

Discovery in this matter is currently scheduled to close on August 23, 2023 with initial expert disclosures due on June 21, 2023. Although discovery has diligently progressed, additional time is required due to ongoing medical issues experienced by one of Defendant's experts. Said expert has undergone 2 recent surgeries and has been delayed in preparing his report due to those surgeries and the associated recuperation time. As such, the parties believe that good cause exists to justify extending the discovery deadlines and hereby request a short, 2 day extension of the discovery deadlines to allow for additional time for experts to provide their initial expert reports and to complete the remaining discovery.

4. New Schedule for Completing Discovery

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
| --- | --- | --- |
| Amend pleadings or add parties | November 24, 2022 | No Extension Requested |
| Expert Designations | June 21, 2022 | June 23, 2023 |
| Rebuttal Expert Designations | July 24, 2023 | July 26, 2023 |
| Discovery Cut-off | August 23, 2023 | August 25, 2023 |
| Dispositive Motions | September 20, 2023 | September 22, 2023 |
| Joint Pre-Trial Order | October 19, 2023 | October 23, 2023 |

Counsel further state that the requested extension of discovery deadlines is not interposed for purposes of delay, but rather for the purposes set forth above.

DATED: June 20, 2023

**ERIC ROY LAW FIRM**

By: _____
ERIC ROY, ESQ.
Nevada Bar No. 11869
SCOTT E. PHILIPPUS, ESQ.
Nevada Bar No. 13223
703 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED: June 20, 2023

**BARRON & PRUITT, LLP**

By: _/s/ William H. Pruitt_____
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 20, 2023

3