WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT ALLAN, an individual,<br><br>                Plaintiff,<br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                Defendants. | Case No:   2:22-cv-01424-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>(Ninth Request) |

Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, and Plaintiff SCOTT ALLAN, through their respective counsel, submit the foregoing stipulation and order to extend discovery deadlines pursuant to LR 26-4 as follows:

    1.  Summary of Discovery Completed

To date, the following discovery has been completed in this case:

| Item | Date Completed |
|---|---|
| Plaintiff's Initial Rule 26(a) Disclosures | 10/06/2022 |
| Defendant's Initial Rule 26(a) Disclosures | 11/09/2022 |
| Defendant's First Set of Requests for Admission, Requests for Production and Interrogatories to Plaintiff | 12/07/2022 |
| Plaintiff's First Supplemental Rule 26(a) Disclosures | 12/27/2022 |
| Plaintiff's responses to Defendant's First Set of Requests for Admission, Request for Production and Interrogatories | 01/10/2023 |
| Plaintiff's Second Supplemental Rule 26(a) Disclosures | 01/10/2023 |
| Plaintiff's First Set of Interrogatories and Requests | 01/20/2023 |

1

| Item | Date Completed |
|---|---|
| for Production to Defendant | |
| Plaintiff's Supplemental Responses to Defendant's First Requests for Production of Documents and Defendant's First Set of Interrogatories | 02/03/2023 |
| Plaintiff's Third Supplemental Rule 26(a) Disclosures | 02/03/2023 |
| Deposition of Plaintiff Scott Allan | 02/06/2023 |
| Defendant's First Supplemental Rule 26(a) Disclosures | 02/09/2023 |
| Defendant's Designation of Expert Witnesses | 02/21/2023 |
| Plaintiff's Designation of Expert Witnesses | 02/21/2023 |
| Defendant's Responses to Plaintiff's First Set of Requests for Production of Documents and Answers to Plaintiff's First Set of Interrogatories | 03/13/2023 |
| Plaintiff's First Supplemental Designation of Expert Witnesses | 06/23/2023 |
| Plaintiff's Fourth Supplemental Rule 26(a) Disclosures | 06/23/2023 |
| Defendant's First Supplemental Designation of Expert Witnesses | 06/23/2023 |
| Defendant's Second Supplemental Rule 26(a) Disclosures | 07/26/2023 |
| Plaintiff's Fifth Supplemental Rule 26(a) Disclosures | 08/07/2023 |
| Plaintiff's Initial Rebuttal Expert Disclosure | 08/23/2023 |
| Plaintiff's First Supplemental Rebuttal Expert Disclosure | 08/24/2023 |
| Defendant's Initial Rebuttal Expert Disclosure | 08/25/2023 |
| Defendant's First Supplemental Rebuttal Expert Disclosure | 08/25/2023 |
| Plaintiff's Sixth Supplemental Rule 26(a) Disclosures | 09/08/2023 |
| Deposition of Joseph J. Schifini, MD | 09/18/2023 |
| Plaintiff's Second Supplemental Expert Disclosure | 09/27/2023 |
| Defendant's Third Supplemental Rule 26(a) Disclosures | 12/12/2023 |
| Plaintiff's Seventh Supplemental Rule 26(a) | 01/22/2024 |

| Item | Date Completed |
|---|---|
| Disclosures | |
| Plaintiff's Second Supplemental Responses to Defendant's First Set of Interrogatories | 01/22/2024 |
| Plaintiff's Supplemental Responses to Defendant's First Requests for Production of Documents | 01/22/2024 |
| Deposition of Dr. Joseph Solberg | 01/26/2024 |
| Deposition of Steven Grimm, Ph.D. | 02/08/2024 |
| Plaintiff's Eighth Supplemental Rule 26(a) Disclosures | 02/13/2024 |
| Defendant's Third Supplemental Rule 26(a) Disclosures | 03/01/2024 |

2. <u>Discovery Remaining</u>

The following discovery remains to be completed:

    a) Dr. Fishell's deposition has been scheduled for March 18, 2024;

    b) Dr. Garber's deposition has been scheduled for April 9, 2024;

    c) Additional Written Discovery;

    d) Deposition of Person(s) Most Knowledgeable for Defendant;

    e) Deposition(s) of percipient witnesses;

    f) Deposition(s) of treating physicians;

    g) Deposition(s) all remaining expert witnesses; and

    h) Additional discovery as necessary.

3. <u>Reason Why Discovery Was Not Completed</u>

Discovery in this matter is currently scheduled to close on April 25, 2024. Although discovery has diligently progressed, additional time is required to complete the remaining depositions due to scheduling conflicts and delays arising from trial preparation in other matters and delays experienced with receiving Plaintiff's medical records and documents regarding an accident which occurred in 2023. As such, the parties believe that good cause exists to warrant extending the discovery cut off deadline and hereby request a 60 day extension of the remaining discovery deadlines to allow for additional time to complete the remaining discovery.

///

3

4. Proposed Schedule for Completing Discovery

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Amend pleadings or add parties | November 24, 2022 | No Extension Requested |
| Expert Designations | June 21, 2022 | No Extension Requested |
| Rebuttal Expert Designations | August 25, 2023 | No Extension Requested |
| Discovery Cut-off | April 25, 2024 | June 24, 2024 |
| Dispositive Motions | May 28, 2024 | July 29, 2024 |
| Joint Pre-Trial Order | June 25, 2024 | August 26, 2024 |

Counsel further state that the requested extension of discovery deadlines is not interposed for purposes of delay, but rather for the purposes set forth above.

DATED: March 6, 2024

**ERIC ROY LAW FIRM**

By: /s/ Eric Roy
ERIC ROY, ESQ.
Nevada Bar No. 11869
SCOTT E. PHILIPPUS, ESQ.
Nevada Bar No. 13223
703 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED: March 6, 2024

**BARRON & PRUITT, LLP**

By: /s/ William H. Pruitt
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 6, 2024

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950