UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SCOTT ALLAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01424-GMN-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw as Counsel for Plaintiff filed by the Eric Roy Law Firm (sometimes the "Firm"). ECF No. 42. The Motion indicates withdrawal is sought by Mr. Roy and all attorneys associated with the Firm. *Id*. Mr. Roy makes no mention of Stephen Lewis who was at one time associated with the Firm: (1) who never sought to withdraw; (2) for whom removal from electronic service based on disassociation from the Firm was not sought; and (3) who remains on this case as counsel for Plaintiff through Claggett & Skyes Law Firm. The failure to keep the Court appraised of who represents a party appearing in litigation before this Court is a violation of Local Rules of Practice.

Accordingly, IT IS HEREBY ORDERED that the Eric Roy Law Firm **must** no later than **April 23, 2024**, file an explanation of its understanding regarding Stephen Lewis' representation of Plaintiff and why, if Mr. Lewis has no role as counsel for Plaintiff, the Eric Roy Law Firm failed to properly notify the Court of the disassociation of Mr. Lewis from the Firm.

IT IS FURTHER ORDERED that Mr. Lewis, who continues to be listed as counsel for Plaintiff and, therefore, continues to receive electronic notices of filings in this matter, **must** no later

1  than **April 23, 2024**, file an explanation regarding why he has not notified the Court of the cessation
2  of his representation of Plaintiff (if any) and, if he continues to represent Plaintiff, why he has not
3  filed a substitution of counsel or notice of appearance.
4       Dated this 17th day of April, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE