1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SCOTT ALLAN, an individual,

      Plaintiff,

v.

PROGRESSIVE NORTHERN INSURANCE
COMPANY dba PROGRESSIVE
INSURANCE DOES I through X, inclusive;
and ROE CORPORATIONS I through X,
inclusive,

      Defendants.

Case No. 2:22-cv-01424-GMN-EJY

**ORDER**

12

13

14

15

16

      Pending before the Court is the Motion to Withdraw as Attorney filed by the Eric Roy Law Firm.  ECF No. 42.  No response to the Motion was timely filed.[1]  The Court notes there are no pending motions in this matter and discovery does not close until June 24, 2024.  Thus, the Court can fashion an order that protects Plaintiff from prejudice while allowing withdrawal consistent with Local and Nevada applicable rules.

17

18

      Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw (ECF No. 42) is GRANTED.

19

20

21

22

      IT IS FURTHER ORDERED that the discovery period in this matter is stayed for the period May 2, 2024 through May 31, 2024, giving Plaintiff time to retain new counsel if he so chooses. Discovery **will** recommence on **June 1, 2024** and is extended through **July 24, 2024**.  All discovery must be noticed and conducted such that discovery concludes on July 24, 2024.

23

24

      IT IS FURTHER ORDERED that dispositive motions, if any, are to be filed no later than **August 26, 2024**.

25

26

27

28

---

[1]    In the future, any motion to withdraw must include all facts necessary to support the motion to withdraw.  If disclosure of facts may implicate a waiver of privilege or the work product doctrine, the information may be filed together with a motion to seal filed provisionally under seal.  Further, **all** documents filed with the federal court must be searchable.  LR IA 10-1(b) ("Documents filed electronically **must** be filed in a searchable Portable Document Format (PDF) ….") (emphasis added).  Failure to comply with this Local Rule may result in denial of the motion or request.

IT IS FURTHER ORDERED that if no dispositive motions are filed, the proposed joint pretrial order is due **September 24, 2024**.  If dispositive motions are pending on September 24, 2024, the due date for the joint pretrial order is automatically vacated and reset for 30 days after the Court issues its order or orders resolving dispositive motions.

IT IS FURTHER ORDERED that the Eric Roy Law Firm **must** provide a copy of this Order to Plaintiff by sending the same by U.S. Mail and, if available, electronic mail no later than **May 6, 2024**.  The Eric Roy Law Firm **must** file a Notice of Compliance with the Court no later than **May 10, 2024**.

Dated this 2nd day of May, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE