**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT ALLAN, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case No:      2:22-cv-01424-GMN-EJY<br><br>**STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE**<br>**(First Request)** |

Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, and Plaintiff SCOTT ALLAN, through their respective counsel, stipulate to reschedule the settlement conference with Magistrate Judge Elayna J. Youchan, which is currently scheduled for Thursday, December 19, 2024, per ECF No. 56, entered on October 3, 2024.  The parties are requesting that the settlement conference be rescheduled as the adjuster for Defendant Progressive Northern Insurance Company, has a mediation scheduled on December 19, 2024 in another matter, which she needs to attend.  As the adjuster lives in Ohio, the previously scheduled mediation will prevent her from being able to travel to Las Vegas to attend this settlement conference.  The parties have conferred and, at this time, all parties are available for a settlement conference in this matter on January 9, 2025.  As such, the parties request that the settlement conference be rescheduled to January 9, 2025, or to the first available date thereafter which the Magistrate Judge has available.

///

///

///

///

///

1

This Stipulation is submitted in good faith and is not interposed for purposes of delay. **This is a first request.**

Respectfully submitted,

DATED: October 14, 2024

**ALDRICH LAW FIRM, LTD.**

By: /s/ John P. Aldrich
JOHN P. ALDRICH, ESQ.
Nevada Bar No. 6877
7866 West Sahara Ave.
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

DATED: October 11, 2024

**BARRON & PRUITT, LLP**

By: /s/ Joseph R. Meservy
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

**IT IS SO ORDERED that the Stipulation to Reschedule Settlement Conference (ECF No. 57) is GRANTED.**

**IT IS FURTHER ORDERED that the settlement conference currently scheduled for December 19, 2024 is vacated and is rescheduled to January 9, 2025 commencing at 9:00 a.m. Defendant's insurance adjuster may appear at the settlement conference by zoom; provided, however, that counsel for Defendant bring to the settlement conference a laptop with the necessary programming or application to allow counsel to connect remotely with its insurance adjuster for the entirety of the settlement conference.**

**IT IS FURTHER ORDERED that the confidential settlement briefs are due in chambers on January 3, 2025. Delivery must be made electronically to Emily_Santiago@nvd.uscourts.gov. Except as stated herein, the prior terms of the October 3, 2024 Order (ECF No. 56) remain in full force and effect.**

_(signature)_
**U.S. MAGISTRATE JUDGE**

**Date: October 15, 2024**