**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT ALLAN, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case No:      2:22-cv-01424-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR FILING DISPOSITIVE MOTIONS (Second Request)** |

Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY and Plaintiff SCOTT ALLAN, through their respective counsel, submit the following stipulation and order to extend the deadline for filing dispositive motions and the joint pretrial order pursuant to LR IA 6-1. This is the second stipulation for extension of time to file dispositive motions and the joint pretrial order.

Dispositive motions are currently due in this matter by December 27, 2024. The parties have agreed to a 7-day extension of these deadlines, extending the deadline to January 3, 2025. The extension is requested because of the holidays, as counsel for Defendant are out of the office. As such, the parties hereby request that the deadline for filing Dispositive Motions be continued to January 3, 2025.

///

///

1

This Stipulation is submitted in good faith and is not interposed for purposes of delay. **This is the second request to extend the deadline for filing Dispositive Motions.**

| | |
|---|---|
| DATED: December 26, 2024 | DATED: December 26, 2024 |
| **ALDRICK LAW FIRM, LTD.** | **BARRON & PRUITT, LLP** |
| By: /s/ *John P. Aldrich*<br>JOHN P. ALDRICH, ESQ.<br>Nevada Bar No. 6887<br>7866 West Sahara Ave.<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff* | By: /s/ *William H. Pruitt*<br>WILLIAM H. PRUITT, ESQ.<br>Nevada Bar No. 6783<br>3890 West Ann Road<br>North Las Vegas, Nevada 89031<br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

DATED: December  27 , 2024.

2