John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel (702) 853-5490
Fax (702) 227-1975
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT ALLAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: 2:22-cv-01424-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF #62]**<br><br>*(First Request)* |

Plaintiff SCOTT ALLAN and Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, through their respective counsel, stipulate and agree as follows:

1. On December 27, 2024, Defendant filed a Motion for Partial Summary Judgment ("Motion") [ECF #62]. Plaintiff's Response to the Motion is currently due on January 17, 2025.

2. The mediation in this matter is currently scheduled for January 27, 2025 (having recently been postponed from January 9, 2025 due to the National Day of Mourning following the death of former President Jimmy Carter). Additionally, Plaintiff's counsel has a wedding in his immediate family the week of the current deadline for the Response to the Motion.

3. The parties stipulate that Plaintiff shall have until ten days after the mediation, until February 6, 2025, to file a Response to the Motion.

Page 1 of 2

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the deadline for Plaintiff to respond to Defendant's Motion for Partial Summary Judgment.

DATED this 9th day of January, 2025.　　　　DATED this 9th day of January, 2025.

**ALDRICH LAW FIRM, LTD.**　　　　　　　　**BARRON & PRUITT, LLP**

/s/ John P. Aldrich　　　　　　　　　　　　/s/ William H. Pruitt
John P. Aldrich, Esq.　　　　　　　　　　　William H. Pruitt, Esq.
Nevada Bar No. 6877　　　　　　　　　　　 Nevada Bar No. 6783
7866 West Sahara Avenue　　　　　　　　　 3890 West Ann Road
Las Vegas, NV 89117　　　　　　　　　　　 North Las Vegas, Nevada 89031
Telephone: (702) 853-5490　　　　　　　　 Telephone: (702) 870-3940
jaldrich@johnaldrichlawfirm.com　　　　　　bpruitt@lvnvlaw.com
*Attorney for Plaintiff*　　　　　　　　　 *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated: January 10, 2025.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE