John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel (702) 853-5490
Fax (702) 227-1975
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT ALLAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: 2:22-cv-01424-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF #62]**<br><br>*(Second Request)* |

Plaintiff SCOTT ALLAN and Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, through their respective counsel, stipulate and agree as follows:

1. On December 27, 2024, Defendant filed a Motion for Partial Summary Judgment ("Motion") [ECF #62].

2. On January 10, 2025, the Court entered an Order extending the time for Plaintiff to respond to the Motion until February 6, 2025 [ECF #66], after the settlement conference that was previously scheduled for January 9, 2025 was moved to January 27, 2025.

3. On January 27, 2025, a settlement conference was held before Magistrate Judge Youchah. While a settlement at the conference was not reached, the parties are continuing to engage in settlement discussions and wish to have more time to continue those discussions and focus their efforts there.

Page 1 of 2

4. As such, the parties stipulate that Plaintiff shall have an additional three (3) weeks, until February 25, 2025, to file a Response to the Motion.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the second request to extend the deadline for Plaintiff to respond to Defendant's Motion for Partial Summary Judgment.

DATED this 6th day of February, 2025.

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No. 6877
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
jaldrich@johnaldrichlawfirm.com
*Attorney for Plaintiff*

DATED this 6th day of February, 2025.

**BARRON & PRUITT, LLP**

/s/ William H. Pruitt
William H. Pruitt, Esq.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
bpruitt@lvnvlaw.com
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

Dated: February 11, 2025.