**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT ALLAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　Defendants. | Case No:　　2:22-cv-01424-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR FILING REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br>**(First Request)** |

Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, and Plaintiff SCOTT ALLAN, through their respective counsel, stipulate and agree as follows:

1. On December 27, 2024, Defendant filed a Motion for Partial Summary Judgment ("Motion") [ECF #62].

2. On March 20, 2025, Plaintiff filed his Response to Defendant's Motion for Partial Summary Judgment [ECF #74].

3. Defendant's Reply in Support of the Motion is currently due on April 3, 2025. Counsel for Defendant requires additional time as he has been out of the office due to an illness.

4. As such, the parties stipulate that Defendant shall have an additional two (2) weeks, until April 17, 2025, to file a Reply in Support of the Motion.

///

///

1

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the deadline for Defendant to file a Reply in Support of Defendant's Motion for Partial Summary Judgment.

DATED: April 3, 2025

**ALDRICK LAW FIRM, LTD.**

By: ___/s/ *John P. Aldrich*___
    JOHN P. ALDRICH, ESQ.
    Nevada Bar No. 6887
    7866 West Sahara Ave.
    Las Vegas, Nevada 89117
    *Attorneys for Plaintiff*

DATED: April 3, 2025

**BARRON & PRUITT, LLP**

By: ___/s/ *William H. Pruitt*___
    WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 6783
    3890 West Ann Road
    North Las Vegas, Nevada 89031
    *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

DATED: April _3_, 2025.

2