**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT ALLAN, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                              Defendants. | Case No:         2:22-cv-01424-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR FILING REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br>**(Second Request)** |

Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, and Plaintiff SCOTT ALLAN, through their respective counsel, stipulate and agree as follows:

1. On December 27, 2024, Defendant filed a Motion for Partial Summary Judgment ("Motion") [ECF #62].

2. On March 20, 2025, Plaintiff filed his Response to Defendant's Motion for Partial Summary Judgment [ECF #74].

3. Defendant's Reply in Support of the Motion is currently due on April 17, 2025. Counsel for Defendant requires additional time to address some of the issues raised in Plaintiff's Response to Defendant's Motion for Partial Summary Judgment [ECF #74].

4. As such, the parties stipulate that Defendant shall have an additional one (1) week, until April 24, 2025, to file a Reply in Support of the Motion.

///

*Sidebar (vertical text):*

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

This Stipulation is submitted in good faith and is not interposed for purposes of delay.  This is the second request to extend the deadline for Defendant to file a Reply in Support of Defendant's Motion for Partial Summary Judgment.

DATED: April 17, 2025                                  DATED: April 17, 2025

**ALDRICH LAW FIRM, LTD.**                         **BARRON & PRUITT, LLP**

By: ___*/s/ John P. Aldrich*___                    By: _*/s/ William H. Pruitt*___
    JOHN P. ALDRICH, ESQ.                        WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 6877                            Nevada Bar No. 6783
    7866 West Sahara Ave.                          3890 West Ann Road
    Las Vegas, Nevada 89117                        North Las Vegas, Nevada 89031
    *Attorneys for Plaintiff*                      *Attorneys for Defendant*

    **IT IS SO ORDERED.**

_____

Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

DATED: April __17__, 2025.

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950