John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel (702) 853-5490
Fax (702) 227-1975
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT ALLAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: 2:22-cv-01424-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S NOTICE REGARDING MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF #81]** |

Plaintiff SCOTT ALLAN and Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, through their respective counsel, stipulate and agree as follows:

1. On July 25, 2025, this Court entered a Minute Order [ECF #80] seeking clarification on Defendant's Partial Motion for Summary Judgment [ECF #62].

2. On August 1, 2025, Defendant filed a Notice Regarding Defendant's Motion for Partial Summary Judgment [ECF #81].

3. The deadline for Plaintiff to respond to the Notice Regarding Defendant's Motion for Partial Summary Judgment is August 15, 2025.

4. The parties stipulate that Plaintiff shall have until August 20, 2025, to file a Response to the Notice Regarding Defendant's Motion for Partial Summary Judgment.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the deadline for Plaintiff to respond to the Notice Regarding

Defendant's Motion for Partial Summary Judgment.

DATED this 15th day of August, 2025.　　　DATED this 15th day of August, 2025.

**ALDRICH LAW FIRM, LTD.**　　　　　　　**BARRON & PRUITT, LLP**

/s/ John P. Aldrich　　　　　　　　　　　/s/ Sean DeRoest
John P. Aldrich, Esq.　　　　　　　　　　William H. Pruitt, Esq.
Nevada Bar No. 6877　　　　　　　　　　 Nevada Bar No. 6783
7866 West Sahara Avenue　　　　　　　　 Sean DeRoest, Esq.
Las Vegas, NV 89117　　　　　　　　　　 Nevada Bar No. 16224
Telephone: (702) 853-5490　　　　　　　　3890 West Ann Road
jaldrich@johnaldrichlawfirm.com　　　　　 North Las Vegas, Nevada 89031
*Attorney for Plaintiff*　　　　　　　　　Telephone: (702) 870-3940
　　　　　　　　　　　　　　　　　　　 bpruitt@lvnvlaw.com
　　　　　　　　　　　　　　　　　　　 *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.
Dated this __19__ day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE