UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SCOTT ALLAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:22-cv-01424-GMN-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw as Counsel of Record for Plaintiff. ECF No. 86. No response to the Motion was filed. Under Local Rule 7-2(d) the Court may treat the failure of an opposing party to respond to a motion as consent to grant the motion.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record for Plaintiff (ECF No. 86) is GRANTED.

IT IS FURTHER ORDERED that the Aldrich Law Firm, Ltd. **must** provide notice of this Order to Plaintiff Scott Allan.

Dated this 11th day of September, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1