**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT ALLAN, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                              Defendants. | Case No:        2:22-cv-01424-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR FILING PLAINTIFF'S OPPSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION**<br>**(First Request)** |

Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, through its counsel of record, Barron & Pruitt, LLP and Plaintiff SCOTT ALLAN, stipulate and agree as follows:

1. On November 7, 2025, Defendant filed a Motion for Reconsideration of Defendant's Motion for Partial Summary Judgment ("Motion") [ECF #92].

2. Plaintiff's Response to Defendant's Motion for Reconsideration is currently due November 21, 2025.

3. Plaintiff is in the process of looking for new counsel to represent him in this matter.

4. As such, the parties stipulate that Plaintiff shall have an additional two (2) weeks, until December 5, 2025, to file his Response to Defendant's Motion.

///

///

///

*BARRON & PRUITT, LLP*
*ATTORNEYS AT LAW*
*3890 WEST ANN ROAD*
*NORTH LAS VEGAS, NEVADA 89031*
*TELEPHONE (702) 870-3940*
*FACSIMILE (702) 870-3950*

1

This Stipulation is submitted in good faith and is not interposed for purposes of delay.  This is the first request to extend the deadline for Plaintiff to file a Response to Defendant's Motion for Reconsideration.

DATED: November 21, 2025

DATED: November 20, 2025

**BARRON & PRUITT, LLP**

By: ___*/s/ Scott Allan*___
    SCOTT ALLAN
    Plaintiff

By: _*/s/ William H. Pruitt*_____
    WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 6783
    3890 West Ann Road
    North Las Vegas, Nevada 89031
    *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:____November 21, 2025_____

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

2