WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT ALLAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No:   2:22-cv-01424-GMN-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR FILING PLAINTIFF'S OPPSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION** <br> **(Second Request)** |

Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, through its counsel of record, Barron & Pruitt, LLP and Plaintiff SCOTT ALLAN, stipulate and agree as follows:

1. On November 7, 2025, Defendant filed a Motion for Reconsideration of Defendant's Motion for Partial Summary Judgment ("Motion") [ECF #92].

2. On November 21, 2025 the parties filed a Stipulation and Order to extend the due date for Plaintiff's Response to Defendant's Motion for Reconsideration to December 5, 2025.

3. Plaintiff is still in the process of looking for new counsel to represent him in this matter.

4. As such, the parties stipulate that Plaintiff shall have an additional thirty (30) days, until January 5, 2026, to file his Response to Defendant's Motion.

///

///

///

1

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the second request to extend the deadline for Plaintiff to file a Response to Defendant's Motion for Reconsideration.

DATED: December 5, 2025

By: ___/s/Scott Allan___
    SCOTT ALLAN
    Plaintiff

DATED: December 5, 2025

**BARRON & PRUITT, LLP**

By: _/s/ William H. Pruitt_
    WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 6783
    3890 West Ann Road
    North Las Vegas, Nevada 89031
    *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 5, 2025

2