WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT ALLAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No:   2:22-cv-01424-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR FILING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION**<br>**(Third Request)** |

Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, through its counsel of record, Barron & Pruitt, LLP and Plaintiff SCOTT ALLAN, stipulate and agree as follows:

1. On November 7, 2025, Defendant filed a Motion for Reconsideration of Defendant's Motion for Partial Summary Judgment ("Motion") [ECF #92].

2. On December 5, 2025 the parties filed a Stipulation and Order (second request) to extend the due date for Plaintiff's Response to Defendant's Motion for Reconsideration to January 5, 2025.

3. Plaintiff's Counsel is in need of an extension due to the holidays.

4. As such, the parties stipulate that Plaintiff shall have an additional fourteen (14) days, until January 19, 2026, to file his Response to Defendant's Motion.

///

///

1

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the second request to extend the deadline for Plaintiff to file a Response to Defendant's Motion for Reconsideration.

DATED: January 5, 2026

By: /s/ Scott Allan
SCOTT ALLAN
*Plaintiff*

DATED: January 5, 2026

**BARRON & PRUITT, LLP**

By: /s/ William H. Pruitt
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 6, 2026

2