**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT ALLAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No:    2:22-cv-01424-GMN-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION AND OPPOSITION TO PLAINTIFF'S COUNTERMOTION FOR RECONSIDERATION** <br> **(First Request)** |

Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, through its counsel of record, Barron & Pruitt, LLP, and Plaintiff SCOTT ALLAN, through its counsel of record, Simon Law, stipulate and agree as follows:

1. On November 7, 2025, Defendant filed a Motion for Reconsideration of Defendant's Motion for Partial Summary Judgment ("Motion") [ECF #92].

2. On January 20, 2026, Plaintiff filed his response to Defendant's Motion for Reconsideration [ECF #102] and Countermotion for reconsideration [ECF #103].

3. Defendant's Reply in Support of its Motion for Reconsideration is currently due on January 27, 2026 and it Opposition to Plaintiff's countermotion is currently due on February 3, 2026.

4. Counsel for Defendant has a firm trial setting in another matter of January 27, 2026. That trial expected to take 3 weeks.

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

1

5.  As such, the parties stipulate that Defendant shall have an additional (30) days to submit its reply in support of its motion and its opposition to Plaintiff's countermotion.

6.  Defendant's reply in support of its Motion for Reconsideration will now be due on February 26, 2026.

7.  Defendant's opposition to Plaintiff's Countermotion for Reconsideration will now be due on March 5, 2026.

8.  Plaintiff's Reply to Defendant's Opposition to Plaintiff's Countermotion for Reconsideration will now be due on March 19, 2026.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the deadline for Defendant to file its Reply in Support of Defendant's Motion for Reconsideration and its Opposition to Plaintiff's Countermotion for Reconsideration.

DATED: January 26, 2026

**SIMON LAW**

By: __/s/ Ashley M. Ferrel__
   DANIEL S. SIMON, ESQ.
   Nevada Bar No. 4750
   ASHLEY M. FERREL, ESQ.
   Nevada Bar No. 12207
   BENJAMIN J. MILLER, ESQ.
   Nevada Bar No. 10406
   810 South Casino Center Blvd.
   Las Vegas, Nevada 89101
   *Attorneys for Plaintiff*

DATED: January 26, 2026

**BARRON & PRUITT, LLP**

By: __/s/ William H. Pruitt__
   WILLIAM H. PRUITT, ESQ.
   Nevada Bar No. 6783
   3890 West Ann Road
   North Las Vegas, Nevada 89031
   *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:___January 26, 2026_____

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950