**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT ALLAN, an individual,<br><br>                          Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY dba PROGRESSIVE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                          Defendants. | Case No:        2:22-cv-01424-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING DEFENDANT'S OPPOSITION TO PLAINTIFF'S COUNTERMOTION FOR RECONSIDERATION**<br>**(Second Request)** |

Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, through its counsel of record, Barron & Pruitt, LLP, and Plaintiff SCOTT ALLAN, through his counsel of record, Simon Law, stipulate and agree as follows:

1. On November 7, 2025, Defendant filed a Motion for Reconsideration of Defendant's Motion for Partial Summary Judgment ("Motion") [ECF #92].

2. On January 20, 2026, Plaintiff filed his response to Defendant's Motion for Reconsideration [ECF #102] and Countermotion for reconsideration [ECF #103].

3. On February 26, 2026, Defendant filed its Reply in Support of Defendant's Motion for Reconsideration [EFC #106].

4. Currently, Defendant's Opposition to Plaintiff's Countermotion for reconsideration is due March 5, 2026 and Plaintiff's Reply in Support of his Countermotion is due March 19, 2026.

*(left margin, rotated)* **BARRON & PRUITT, LLP** ATTORNEYS AT LAW 3890 WEST ANN ROAD NORTH LAS VEGAS, NEVADA 89031 TELEPHONE (702) 870-3940 FACSIMILE (702) 870-3950

1

5. Counsel for Defendant, William H. Pruitt, Esq., experienced a sudden medical event that has required two hospitalizations for treatment and time for recovery, and which has interfered with his ability to work on Defendant's Opposition to Plaintiff's Countermotion.

6. As such, the parties stipulate that Defendant shall have an additional (10) days to submit its opposition to Plaintiff's countermotion.

7. Defendant's opposition to Plaintiff's Countermotion for Reconsideration will now be due on March 16, 2026.

8. Plaintiff's Reply to Defendant's Opposition to Plaintiff's Countermotion for Reconsideration will now be due on March 30, 2026.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the second request to extend the deadline for Defendant to file its Opposition to Plaintiff's Countermotion for Reconsideration.

DATED: March 5, 2026

**SIMON LAW**

By: _/s/ Ashley M. Ferrel_
    DANIEL S. SIMON, ESQ.
    Nevada Bar No. 4750
    ASHLEY M. FERREL, ESQ.
    Nevada Bar No. 12207
    BENJAMIN J. MILLER, ESQ.
    Nevada Bar No. 10406
    810 South Casino Center Blvd.
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiff*

DATED: March 5, 2026

**BARRON & PRUITT, LLP**

By: _/s/ William H. Pruitt_
    WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 6783
    3890 West Ann Road
    North Las Vegas, Nevada 89031
    *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____ March 5, 2026 _____

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950